UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:13-CR-00011-WTL-DML-1 |
| | ) | |
| COREY E. HORTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Corey E. Horton's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. Mr. Horton is sentenced to the custody of the Attorney General or his designee for a period of six (6) months.

2. Upon Mr. Horton's release from confinement, he will be subject to a term of supervised release of two and a half (2.5) years with the standard conditions (including any previous conditions imposed) and a special condition of no more than six (6) months to take place at the Volunteers of America.

SO ORDERED this 16th day of April, 2013.

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

MaryAnn T. Mindrum
Assistant United States Attorney
maryann.mindrum@usdoj.gov

Michael J. Donahoe
Indiana Community Federal Defender
mike_j_donahoe@fd.org

U. S. Parole and Probation

U. S. Marshal